**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BARBARA WALLER, ELIZABETH
JOHNSON, and RANDEL CLARK, on
behalf of themselves and all others
similarly situated,

     *Plaintiffs*

v.

ROCKET COMPANIES, INC., et al.,

     *Defendants*

No. 2:26-cv-10270-LVP-DRG

Hon. Linda V. Parker
District Judge

**STIPULATED ORDER TO ENLARGE LOCAL RULE 7.1(d)(3)(A)**
**PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING**

Pursuant to Eastern District of Michigan Local Rule 7.1(d)(3)(A) and this
Court's Practice Guidelines, Defendants Rocket Companies, Inc., Rocket Mortgage,
LLC, Amrock Holdings, LLC, and Rocket Homes Real Estate LLC together with
Plaintiffs Barbara Waller, Elizabeth Johnson, and Randel Clark, by their respective
counsel, having stipulated hereto, and the Court being otherwise fully advised:

1.    On January 26, 2026, Plaintiffs filed a Complaint against Defendants
alleging violations of the Real Estate Settlement Procedures Act ("RESPA") and
unjust enrichment. ECF No. 1.

-1-

2.     Defendants intend to file a motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and to strike certain paragraphs of the Complaint pursuant to Fed. R. Civ. P. 12(f) should any of Plaintiffs' claims survive dismissal (the "Motion").

3.     Defendants intend to file their Motion on or about March 30, 2026.

4.     Under L.R. 7.1(d)(3)(A), briefs in support of or in opposition to a motion are limited to 25 pages.

5.     The Parties have conferred and agree that the complexities of the factual and legal issues presented in the Complaint, including allegations involving three plaintiffs, four defendants, 508 pages of exhibits, and claims implicating distinct legal doctrines under RESPA and unjust enrichment, warrant a three-page enlargement of the page limitations set forth by L.R. 7.1(d)(3)(A).

6.     Defendants have made good-faith efforts to reduce the length of their brief in support of their Motion to comply with the 25-page limit.  However, any further reduction would inhibit Defendants' ability to provide the Court with a complete factual and legal analysis.

7.     For the same reasons described above, Plaintiffs expect that they will also require additional pages to adequately respond to the arguments that Defendants raise in their brief supporting the Motion.

8.      Accordingly, the Parties stipulate and agree that Defendants' brief in

support of their Motion and Plaintiffs' response brief shall each not exceed 28 pages.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 27, 2026

Dated: March 26, 2026

**AGREED:**

| | |
|---|---|
| _/s/_ with consent of Jerrod C. Patterson | _/s/ Valerie A. Haggans_ |
| Steve W. Berman | Valerie A. Haggans |
| Jerrod C. Patterson | GOODWIN PROCTER LLP |
| HAGENS BERMAN SOBOL | 620 Eighth Avenue |
| SHAPIRO LLP | New York, New York 10018 |
| 1301 Second Avenue, Suite 2000 | Tel.: (212) 813-8800 |
| Seattle, WA 98101 | |
| Tel.: (206) 623-7292 | _Attorneys for Defendants_ |

_Attorneys for Plaintiffs_