## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BARBARA WALLER, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ROCKET COMPANIES, INC., et al.,

Defendants.

Case No. 2:26-cv-10270-LVP-DRG

## STIPULATED ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

Pursuant to Eastern District of Michigan Local Rule 7.1(e) and this Court's Practice Guidelines, Plaintiffs Barbara Waller, Elizabeth Johnson, and Randel Clark, together with Defendants Rocket Companies, Inc., Rocket Mortgage, LLC, Amrock Holdings, LLC, and Rocket Homes Real Estate LLC, by their respective counsel, having stipulated hereto, and the Court being otherwise fully advised:

1. On March 30, 2025, Defendants filed their motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and to strike certain paragraphs of the Complaint pursuant to Fed. R. Civ. P. 12(f). ECF No. 14. Pursuant to E.D. Mich. L.R. 7.1(e), the standard response and reply deadlines would otherwise apply.

- 1 -

2.      To accommodate the schedules of counsel and ensure a full briefing of the issues, the parties have met and conferred and agreed to the following modified schedule:

**Plaintiffs' Response** will be due on **Monday, April 27, 2026**.

**Defendants' Reply** will be due on **Monday, May 18, 2026**.

3.      This request is made in good faith and not for the purpose of delay. This is the first request for an extension or modification of this specific briefing schedule.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: April 10, 2026


DATED: April 6, 2026                    Respectfully submitted,

STIPULATED AND AGREED BY:

| | |
|---|---|
| */s/ Steve W. Berman* | */s/ Valerie A. Haggans* |
| Steve W. Berman | Valerie A. Haggans |
| Jerrod C. Patterson | GOODWIN PROCTER LLP |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 620 Eighth Avenue |
| 1301 Second Avenue, Suite 2000 | New York, NY  10018 |
| Seattle, WA 98101 | Telephone: (212) 813-8800 |
| Telephone: (206) 623-7292 | Email: |
| Email: steve@hbsslaw.com | |
| Email: jerrodp@hbsslaw.com | Sabrina Rose-Smith |
| | GOODWIN PROCTER LLP |
| *Counsel for Plaintiffs* | 1900 N Street, N.W. |
| | Washington, DC 20036 |
| | Telephone: (202) 346-4000 |
| | Email: SRoseSmith@goodwinlaw.com |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs*

- 3 -