**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BARBARA WALLER, ELIZABETH
JOHNSON, and RANDEL CLARK, on
behalf of themselves and all others
similarly situated,

     *Plaintiffs*

v.

ROCKET COMPANIES, INC., et al.,

     *Defendants*

No. 2:26-cv-10270-LVP-DRG

Hon. Linda V. Parker
District Judge

**STIPULATED ORDER TO ENLARGE LOCAL RULE 7.1(d)(3)(B)
PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING**

Pursuant to Eastern District of Michigan Local Rule 7.1(d)(3)(B) and this

Court's Practice Guidelines, Defendants Rocket Companies, Inc., Rocket Mortgage,

LLC, Amrock Holdings, LLC, and Rocket Homes Real Estate LLC, together with

Plaintiffs Barbara Waller, Elizabeth Johnson, and Randel Clark, by and through their

respective counsel, hereby stipulate as follows:

1.     On January 26, 2026, Plaintiffs filed a Complaint against Defendants

alleging violations of the Real Estate Settlement Procedures Act ("RESPA") and

unjust enrichment.  ECF No. 1.

-1-

2.  On March 30, 2026, Defendants filed a Motion to Dismiss Plaintiffs' Complaint and Strike Certain Paragraphs.  ECF No. 14.

3.  On April 27, 2026, Plaintiffs filed a Response in Opposition to Defendants' Motion to Dismiss and Strike Certain Paragraphs.  ECF No. 20.

4.  In accordance with the April 10, 2026 Stipulated Order to Set Briefing Schedule on Defendants' Motion to Dismiss, Defendants intend to file a reply brief by Monday, May 18, 2026.

5.  Under L.R. 7.1(d)(3)(B), the text of a reply brief, including footnotes and signatures, may not exceed 7 pages.

6.  Defendants have made good-faith efforts to comply with the 7-page limit.  However, further reduction would impair Defendants' ability to provide the Court with a complete factual and legal analysis.

7.  Accordingly, the Parties stipulate and agree that Defendants' reply in further support of their Motion to Dismiss and Strike Certain Paragraphs shall not exceed 10 pages.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 12, 2026

-2-

-3-

Dated: May 12, 2026

**AGREED:**

*/s/ with consent of Jerrod C. Patterson*
Steve W. Berman
Jerrod C. Patterson
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Email: steve@hbsslaw.com
Email: jerrodp@hbsslaw.com

*Attorneys for Plaintiffs*

*/s/ Valerie A. Haggans*
Valerie A. Haggans
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 813-8800
Email: VHaggans@goodwinlaw.com

Sabrina Rose-Smith
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
Email: SRoseSmith@goodwinlaw.com

*Attorneys for Defendants*