26 - 10270

DMITRY SHKIPIN

325 SHARON PARK DR #416
MENLO PARK, CA 94025

F I L E D

MAY 27 2026

CLERK'S OFFICE
DETROIT

RTS

ED STATES DISTRICT COURT
HE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
DORE LEVIN UNITED STATES COURTHOUSE
31 WEST LAFAYETTE BLVD. ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RETURN
TO SENDER

RECEIVED

MAY 27 2026

CLERK'S OFFICE
DISTRICT COURT

U.S. MARSHALS

SAN FRANCISCO CA 940
METROPLEX MB 480

US POSTAGE PITNEY

ZIP 48226   $ 000
02 7W
0008037343 MAY 1

BOX CLOSED
RETURN TO → SENDER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BARBARA WALLER, ELIZABETH JOHNSON, and RANDEL CLARK, on behalf of themselves and all others similarly situated,

   *Plaintiffs*

v.

ROCKET COMPANIES, INC., et al.,

   *Defendants*

No. 2:26-cv-10270-LVP-DRG

Hon. Linda V. Parker
District Judge

## STIPULATED ORDER TO ENLARGE LOCAL RULE 7.1(d)(3)(B) PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFING

Pursuant to Eastern District of Michigan Local Rule 7.1(d)(3)(B) and this Court's Practice Guidelines, Defendants Rocket Companies, Inc., Rocket Mortgage, LLC, Amrock Holdings, LLC, and Rocket Homes Real Estate LLC, together with Plaintiffs Barbara Waller, Elizabeth Johnson, and Randel Clark, by and through their respective counsel, hereby stipulate as follows:

1. On January 26, 2026, Plaintiffs filed a Complaint against Defendants alleging violations of the Real Estate Settlement Procedures Act ("RESPA") and unjust enrichment. ECF No. 1.

-1-