**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| BARBARA WALLER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKET COMPANIES, INC., et al.,<br><br>Defendants. | Case No. 2:26-cv-10270-LVP-DRG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Garth D. Wojtanowicz of Hagens Berman Sobol Shapiro LLP hereby enters his appearance as counsel on behalf of Plaintiffs in the above-captioned matter.

DATED: September 22, 2026

Respectfully submitted,

*/s/ Garth D. Wojtanowicz*
Garth D. Wojtanowicz
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
garthw@hbsslaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Garth D. Wojtanowicz*
Garth D. Wojtanowicz
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
garthw@hbsslaw.com

*Attorney for Plaintiffs*